TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
VITALII CHERNOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VITALII CHERNOV,

      Petitioner,

v.

NOEM et al,

      Respondents

) No. 1:26-CR-02081 TLN CKD
)
)
) **ORDER SEALING EXHIBITS B AND C**
) **TO PETITIONER'S REPLY**
)
)
)
)
)
)
)
)
)
)

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Petitioner Vitalii Chernov, IT IS HEREBY ORDERED that exhibits B and C to petitioner's Reply along with petitioner's Request to Seal, shall be SEALED until further order of this Court.

Dated: April 17, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1